**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | Case No: | **18-00234** |
| **Joseph Rice** | ) | | |
| | ) | Chapter: | **Chapter 7** |
| **Debtor** | ) | | |
| | ) | Judge: | **David D. Cleary** |

### NOTICE OF MOTION

**TO:** See attached list

PLEASE TAKE NOTICE that on **January 6, 2021 at 10:00 a.m.**, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the **MOTION TO WITHDRAW AS ATTORNEY**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:**  */s/ Dale Riley*
Dale Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

Rec No. 757609
WD - NOTICE OF MOTION ZOOM

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** ) | Case No: | **18-00234** |
| **Joseph Rice** ) | | |
| ) | Chapter: | **Chapter 7** |
| **Debtor** ) | | |
| ) | Judge: | **David D. Cleary** |

## CERTIFICATE OF SERVICE

    I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on December 18, 2020.

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Joseph Alvin Rice, 179 W. 150th, Harvey, IL 60426

## IN THE UNITED STATES OF BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 18-00234 |
| --- | --- | --- | --- |
| Joseph Rice | ) | | |
| Debtor, | ) | Chapter: | Chapter 7 |
| | ) | | |
| | ) | Judge: | David D. Cleary |

## MOTION TO WITHDRAW AS ATTORNEY

Geraci Law L.L.C., attorney for the Debtor, in support of Motion to Withdraw as Attorney pursuant to Local Bankruptcy Rule 2091-1, states to the Court as follows:

1. The court has jurisdiction over this proceeding under 28 U.S.C. Section 1334(b).

2. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(A).

3. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on 01/04/2018.

4. On 12/16/2020, the case was converted to Chapter 7.

5. The Debtor has not retained counsel to represent him in his Chapter 7 case.

WHEREFORE, attorney requests that the Court enter an order allowing attorney to withdraw from this case, and grant attorney such relief as is just and proper.

Respectfully submitted,

_/s/Dale Riley_____
Dale Riley

**Attorneys for the Debtor**
Dale Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800    (Fax): 877.247.1960